# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

In re *Arrow of Michigan, Inc.,*
   *a Michigan Corporation*
   *dba See Addendum to Voluntary Petition*

_____ / Debtor

Case No.
Chapter *11*

Attorney for Debtor:  *A. Todd Almassian*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of my (our) knowledge, and that all creditors listed on the schedules (if filed with the matrix) are listed on the matrix.

Date: *09/25/2014*

*/s/ A. Todd Almassian*
Attorney for the Debtor

*/s/ Matthew J. Penny*
Debtor

```
17TH CIRCUIT COURT
180 OTTAWA AVE NW
CASE NO  12-00491-CK
GRAND RAPIDS  MI  49503


17TH CIRCUIT COURT
180 OTTAWA AVE NW
CASE NO  12-01900-CK
GRAND RAPIDS  MI  49503


61ST DISTRICT COURT
180 OTTAWA NW SUITE 1400
CASE NO  13-GC-4271
GRAND RAPIDS  MI  49503


62A DISTRICT COURT
2650 DEHOOP AVE
CASE NO  13-2540-GC
WYOMING  MI  49509


75TH DISTRICT COURT
101 W  MAIN STREET
ATTN  CASE NO  14-12577GC
MIDLAND  MI  48640


AARON WORLDWIDE COLLECTIONS
PO BOX 2805
GRAND RAPIDS  MI  49501-2805


ABC SUPPLY
2601 S  DIVISION AVE
GRAND RAPIDS  MI  49507
```

```
ACCIDENT FUND INS CO OF AMERICA
PO BOX 77000
DEPT 77125
DETROIT  MI  48277-0125


ACCORD CREDITOR SERVICES  LLC
PO BOX 10002
NEWNAN  GA  30271


AIRGAS USA LLC
PO BOX 802576
CHICAGO  IL  60680-2576


ALGER PLUMBING AND HEATING  INC
3045 BIRCHWOOD AVE SW
GRAND RAPIDS  MI  49548


ALLED ELECTRIC
2503 WALDORF COURT NW
GRAND RAPIDS  MI  49544


ALLY
PO BOX 9001951
LOUISVILLE  KY  40290-1951


AMERICAN PROFIT RECOVERY
34405 W  12 MILE RD
SUITE 379
FARMINGTON  MI  48331-5608
```

```
ASHLEY R  GARCHOW
POZNAK DYKER KANAR GARCHOW PLC
143 MCDONALD ST
MIDLAND  MI  48640


AT&T
PO BOX 8100
AURORA  IL  60507-8100


ATTORNEY ROBERT J ELEVELD
32 MARKET AVE SW
SUITE 500
GRAND RAPIDS  MI  49503


BAR BEVERAGE CONTROL
4540 EAST PARIS SE
SUITE B
GRAND RAPIDS  MI  49512-5444


BILLY'S CONTRACTING  INC
3161 CARROLLTON RD
SAGINAW  MI  48604


BUER WATER WELL DRILLING
239 E MAIN ST
CALEDONIA  MI  49316


CAINE & WEINER
ATTN  ETTA DOUGHTY
9931 CORP CAMPUS DR  STE 2200
LOUISVILLE  KY  40223
```

```
CHECKLIST BUILDING SERV  INC
301 28TH ST SE
GRAND RAPIDS  MI  49548


CHEM MAX
6479 NORTON CENTER DR
MUSKEGON  MI  49441


CHUCK & CATHY LESCO
C/O MCGARRY BAIR PC
32 MARKET AVE SW  STE 500
GRAND RAPIDS  MI  49503


CIRCUIT ELECTRIC  INC
1376 108TH ST SW
SUITE A
BYRON CENTER  MI  49315


CITIZENS INSURANCE COMPANY
PO BOX 77000
DEPT 77360
DETROIT  MI  48277-0360


CITY OF GRAND RAPIDS
CITY HALL  3RD FLOOR ROOM 380
300 MONROE AVE NW
GRAND RAPIDS  MI  49503


CITY OF GRAND RAPIDS
WATER/SEWER
300 MONROE NW ROOM 220
GRAND RAPIDS  MI  49503
```

```
CITY OF MIDLAND
PO BOX 1647
MIDLAND   MI   48641-1647


CITY OF WALKER
4243 REMEMBRANCE RD NW
GRAND RAPIDS   MI   49534


COMCAST-GRAND RAPIDS
PO BOX 3006
SOUTHEASTERN   PA   19398-3006


CONSUMER'S ENERGY
LANSING   MI   48937-0001


CUMMNGS MCCLOREY DAVIS & ACHO PLC
33900 SCHOOLCRAFT RD
LIVONIA   MI   48150-1392


CUNNINGHAM COMMUNICATIONS
1675-G MICHIGAN ST NE
GRAND RAPIDS   MI   49503


DEHAAN TILE & FLOOR COVERING   INC
6522 S   DIVSION AVE
GRAND RAPIDS   MI   49548


DIVERSIFIED CONSULTANTS   INC
PO BOX 551268
JACKSONVILLE   FL   32256
```

```
DTE ENERGY
PO BOX 740786
CINCINNATI   OH   45274-0786


ECHO FIRE & SECURITY
4741 SPRING RIDGE LN
MUSKEGON   MI   49441


EIKENHOUT   INC
346 WEATHY ST SW
GRAND RAPIDS   MI   49503


ELISABETH M   VON EITZEN
WARNER NORCROSS & JUDD LLP
111 LYON ST NW   STE 900
GRAND RAPIDS   MI   49503


FLOORING AMERICA SUPERCENTER
900 44TH ST SW
WYOMING   MI   49509


FRANKENMUTH INSURANCE
ONE MUTUAL AVE
FRANKENMUTH   MI   48787-0001


GERKES COMMERCIAL FLOORING
4890 CURVE ROAD
FREELAND   MI   48623


GRAND RAPIDS CITY TREASURER
300 MONROE AVE RM 220
GRAND RAPIDS   MI   49503
```

GRAND RIVER INSURANCE AGENCY
PO BXO 316
NEW ROCHELLE  NY  10804


H L  BOLKEMA DECORATING
966 BARNUM ST SW
WYOMING  MI  49509


HOME DEPOT CREDIT SERVICES
PO BOX 182676
COLUMBUS  OH  43218-2676


HUNTINGTON NATIONAL BANK
2361 MORSE ROAD
COLUMBUS  OH  43229


I C  SYSTEM  INC
PO BOX 64378
SAINT PAUL  MN  55164


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPS
PO BOX 21126
PHILADELPHIA  PA  19114-0326


JOEL W  BAAR
3996 CHICAGO DR SW
GRANDVILLE  MI  49418


JOHNSON CARPET ONE
4034 CHICAGO DR
GRANDVILLE  MI  49418

KELLERMEIER PLUMBING  INC
10427 COURTLAND DR NE
ROCKFORD  MI  49341


KSS ENTERPRISES
616 E  VINE STREET
KALAMAZOO  MI  49001


LAKE PAINTING INC
2877 VENTURE DR
PO BOX 2105
MIDLAND  MI  48641


LEVEL TEN CONSULTING GROUP  LLC
PO BOX 529
ADA  MI  49301


LIGHTHOUSE INSURANCE GROUP
4808 BROADMOOR
GRAND RAPIDS  MI  49512


MATTHEW AND DONNA PENNY
5793 ROLLAWAY DR  NE
COMSTOCK PARK  MI  49321


MCCARTHY  BURGESS & WOLFF
26000 CANNON ROAD
BEDFORD  OH  44146

```
MICHAEL R  BELL
ASSISTANT ATTORNEY GENERAL
PO BOX 30754
LANSING  MI   48909


MICHIGAN DEPT OF TREASURY
PO BOX 30199
ATTN  MARSHA   COLLECTION DIV
LANSING  MI   48909


MICHIGAN DEPT OF TREASURY
PO BOX 30199
LANSING  MI   48909


MICHIGAN DEPT  OF TREASURY
TAX POLICY DIVISION
ATTN   LITIGATION LIASON   2ND FLOOR
AUSTIN BUILDING   430 WEST ALLEGAN STREET
LANSING  MI   48922-0001


MICHIGAN UNEMPLOYMENT AGENCY
3024 WEST GRAND BLVD
TAX OFFICE SUITE 11-500
DETROIT  MI   48202-6024


MIKE SCHMIDT   CPA
750 FRONT ST NW
SUITE 315
GRAND RAPIDS   MI   49504


MODERNISTIC
821 WAKEFIELD
PLAINWELL  MI   49080
```

```
MR  PICKY
1740 SPRING WIND DRIVE SW
BYRON CENTER  MI  49315


MULLER  MYERS & FARRAN PC
161 OTTAWA NW
SUITE 205-E
GRAND RAPIDS  MI  49503


P B  GAST
355 COTTAGE GROVE SE
GRAND RAPIDS  MI  49507


PAN AM COLLECTIONS  INC
PO BOX 5528
BLOOMINGTON  IL  61702-5528


PENNING PLUMBING
584 44TH ST SE
GRAND RAPIDS  MI  49548


PINNICLE ELECTRIC
34 E  HANNUM BLVD
SAGINAW  MI  48602


PLUMBING PROFESSORS LLC
40665 KOPPERNICK RD
NORTHVILLE  MI  48168
```

```
PROMATIC OFFICE SOFTWARE TECH LTD
2225 ARROWHEAD COURT
KELOWNA
BRITISH COLUMBIA  CANADA  V1W 2S5


RHOADES MCKEE
161 OTTAWA AVE NW
SUITE 600
GRAND RAPIDS  MI  49503


RICAHRD J  BOUDREAU
6 MANNER PARKWAY
SALEM  NH  03079


RICHARD MAXWEL  AMS
190 SYLVAN AVE
ENGLEWOOD CLIFFS  NJ  07632


RICHARD MAXWELL AMS
190 SYLVAN AVE
ENGLEWOOD CLIFFS  NJ  07632


ROSS  STEWART & DAWSON  INC
691 N  SQUIRREL RD
SUITE 175
AUBURN HILLS  MI  48326-2865


SCHAAFSMA HEATING AND COOLING
25 N  PARK ST NW
GRAND RAPIDS  MI  49544
```

```
SCHENK BONCHER & RYPMA
601 THREE MILE RD NW
GRAND RAPIDS  MI  49544


SERVICE MASTER OF KENT COUNTY
PO BOX 21
ADA  MI  49301


SPRINT
PO BOX 4181
CAROL STREAM  IL  60197-4181


STANDARD SUPPLY & LUMBER CO  LLC
1535 KALAMAZOO AVE SE
GRAND RAPIDS  MI  49507


STATE OF MICHIGAN UIA
SOM DEPT OF LIC & REG AFFAIRS
3024 W GRAND BLVD
DETROIT  MI  48202


SUPREME FLOOR COVERING
24609 HARPER AVE
SAINT CLAIR SHORES  MI  48080


TDS METROCOM
525 JUNCTION ROAD
SUITE 6000
MADISON  WI  53717-2105
```

```
THE DRYING TEAM
5121 LEWISBURG HWY
PULASKI   TN   38478


TRADESMEN INTERNATIONAL
4665 44TH ST SE
GRAND RAPIDS   MI   49512


TWOHEY MAGGINI
212 WATERS BUILDING
161 OTTAWA AVE NW
GRAND RAPIDS   MI   49503


UNEMPLOYMENT INSURANCE AGENCY
ATTN   SANDRA CLAIR UNFORCEMENT
3024 W   GRAND BLVD   STE 13-300
DETROIT   MI   48202-6024


VALLEY ELECTRICAL CONTRACTORS   INC
3079 EAST COMMERCIAL DR
MIDLAND   MI   48640


VERIZON WIRELESS
PO BOX 15062
ALBANY   NY   12212-5062


VOSS   MICHAELS   LEE & ASSOCIAT
PO BOX 1829
HOLLAND   MI   49422-1829
```

```
W   FRANCESCA FERGUSON
US ATTORNEY'S OFFICE
PO BOX 201
GRAND RAPIDS   MI   49501


WEST MICHIGAN PORT MVNG & STORAGE
2950 PRAIRIE ST SW
SUITE 200
GRANDVILLE   MI   49418


WESTON FLOOR CARE
6086 HALL ST SE
GRAND RAPIDS   MI   49548


XACTWARE SOLUTIONS   INC
GENERAL PO BOX 30196
NEW YORK   NY   10087-0196
```