# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN

In re  *Arrow of Michigan, Inc.*
    *a Michigan Corporation*
       *dba See Addendum to Voluntary Petition*

Debtor(s)

Case No.
Chapter  *11*

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Huntington National Bank<br>2361 Morse Road<br>Columbus OH 43229 | Phone:<br>Huntington National Bank<br>2361 Morse Road<br>Columbus OH 43229 | | | $ 745,000.00<br>Value: $ 300,000.00<br>Net Unsecured: $ 445,000.00 |
| 2<br>Michigan Dept of Treasury<br><br>Attn: Marsha, Collection<br>Lansing MI  48909 | Phone:<br>Michigan Dept of Treasury<br>PO BOX 30199<br>Attn: Marsha, Collection<br>Lansing MI  48909 | State Tax Lien | | $ 181,657.17 |
| 3<br>Huntington National Bank<br>2361 Morse Road<br>Columbus OH 43229 | Phone:<br>Huntington National Bank<br>2361 Morse Road<br>Columbus OH 43229 | Security Agreement | | $ 213,000.00<br>Value: $ 32,627.00<br>Net Unsecured: $ 180,373.00 |
| 4<br>State of Michigan UIA<br><br>3024 W Grand Blvd<br>Detroit MI  48202 | Phone:<br>State of Michigan UIA<br>SOM Dept of Lic & Reg Affairs<br>3024 W Grand Blvd<br>Detroit MI  48202 | State Tax Lien | | $ 111,334.05 |
| 5<br>Huntington National Bank<br>2361 Morse Road<br>Columbus OH 43229 | Phone:<br>Huntington National Bank<br>2361 Morse Road<br>Columbus OH 43229 | | | $ 67,000.00<br>Value: $ 0.00<br>Net Unsecured: $ 67,000.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Accident Fund Ins Co of America<br>PO Box 77000<br>Detroit MI 48277-0125 | Phone:<br>Accident Fund Ins Co of America<br>PO Box 77000<br>Detroit MI 48277-0125 | | | $ 43,915.80 |
| 7<br>The Drying Team<br>5121 Lewisburg Hwy<br>Pulaski TN 38478 | Phone:<br>The Drying Team<br>5121 Lewisburg Hwy<br>Pulaski TN 38478 | Services | | $ 43,335.28 |
| 8<br>Internal Revenue Service<br><br>PO BOX 21126<br>Philadelphia PA   19114-0326 | Phone:<br>Internal Revenue Service<br>Centralized Insolvency Ops<br>PO BOX 21126<br>Philadelphia PA   19114-0326 | Federal Tax Lien<br><br>              Value:<br>    Net Unsecured: | | $ 202,015.50<br><br>$ 160,000.00<br>$ 42,015.50 |
| 9<br>Schenk Boncher & Rypma<br>601 Three Mile Rd NW<br>Grand Rapids MI 49544 | Phone:<br>Schenk Boncher & Rypma<br>601 Three Mile Rd NW<br>Grand Rapids MI 49544 | Services | | $ 28,879.36 |
| 10<br>Flooring America Supercenter<br>900 44th St SW<br>Wyoming MI 49509 | Phone:<br>Flooring America Supercenter<br>900 44th St SW<br>Wyoming MI 49509 | Judgment | | $ 26,413.31 |
| 11<br>City of Grand Rapids<br><br>300 Monroe Ave NW<br>Grand Rapids MI   49503 | Phone:<br>City of Grand Rapids<br>City Hall, 3rd Floor Room 380<br>300 Monroe Ave NW<br>Grand Rapids MI   49503 | Income tax liability | | $ 25,352.00 |
| 12<br>Rhoades McKee<br><br>Suite 600<br>Grand Rapids MI   49503 | Phone:<br>Rhoades McKee<br>161 Ottawa Ave NW<br>Suite 600<br>Grand Rapids MI   49503 | Services | | $ 23,384.13 |
| 13<br>Matthew and Donna Penny<br>5793 Rollaway Dr. NE<br>Comstock Park MI 49321 | Phone:<br>Matthew and Donna Penny<br>5793 Rollaway Dr. NE<br>Comstock Park MI 49321 | Property Tax Lease Obligation | | $ 20,964.10 |

, 
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>ABC Supply<br>2601 S. Division Ave<br>Grand Rapids MI 49507 | Phone:<br>ABC Supply<br>2601 S. Division Ave<br>Grand Rapids MI 49507 | Judgment | | $ 20,783.89 |
| 15<br>Matthew and Donna Penny<br>5793 Rollaway Dr. NE<br>Comstock Park MI 49321 | Phone:<br>Matthew and Donna Penny<br>5793 Rollaway Dr. NE<br>Comstock Park MI 49321 | Property Tax Lease Obligation | | $ 14,412.99 |
| 16<br>Grand River Insurance Agency<br>PO Bxo 316<br>New Rochelle NY 10804 | Phone:<br>Grand River Insurance Agency<br>PO Bxo 316<br>New Rochelle NY 10804 | Insurance | | $ 14,233.79 |
| 17<br>Chuck & Cathy Lesco<br><br>32 Market Ave SW, Ste 500<br>Grand Rapids MI  49503 | Phone:<br>Chuck & Cathy Lesco<br>c/o McGarry Bair PC<br>32 Market Ave SW, Ste 500<br>Grand Rapids MI  49503 | Judgment | | $ 12,000.00 |
| 18<br>Mike Schmidt, CPA<br><br>Suite 315<br>Grand Rapids MI  49504 | Phone:<br>Mike Schmidt, CPA<br>750 Front St NW<br>Suite 315<br>Grand Rapids MI  49504 | Services | | $ 10,734.00 |
| 19<br>Chem Max<br>6479 Norton Center Dr<br>Muskegon MI 49441 | Phone:<br>Chem Max<br>6479 Norton Center Dr<br>Muskegon MI 49441 | Vendor | | $ 9,979.56 |
| 20<br>Cummngs McClorey Davis & Acho PLC<br>33900 Schoolcraft Rd<br>Livonia MI 48150-1392 | Phone:<br>Cummngs McClorey Davis & Acho PLC<br>33900 Schoolcraft Rd<br>Livonia MI 48150-1392 | Services | | $ 6,896.24 |

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, **Matthew J. Penny**, **President** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: 9/25/2014   Signature  /s/Matthew J. Penny
                  Name: **Matthew J. Penny**
                  Title: **President**